**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin Garey, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

Neuhaus, Inc.,

                Defendant.

Case No. 1:18-cv-10656-KPF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Queens, New York
          March 13, 2019

Respectfully submitted,

By: _/s/ Jonathan Shalom_
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com
*Attorneys for Plaintiff*

By: _/s/ John J. Byrnes_
John J. Byrnes
MILBER MAKRIS PLOUSADIS
 & SEIDEN, LLP
Phone: (516) 712-4000
Email: jjbyrnes@milbermakris.com
*Attorneys for Defendant*

Application GRANTED.

Dated:     March 14, 2019
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE